# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 East 42nd Street, New York, New York 10017-5639  Tel: (212) 490-3000  Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

FEB 2 8 2006

February 24, 2006

COURTESY COPY FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 7 2006 ★
BROOKLYN OFFICE

Granted
So ordered
s/John Gleeson
USDJ
2-28-06

**BY ECF & FIRST CLASS U.S. MAIL**
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Infantolino v. Joint Industry Board of the Electrical Industry*
Index No: 06 CV 00520 (JG) (LB)
Our File No: 00851.00161

Dear Judge Gleeson:

This firm represents the defendant in the above captioned matter, and I write to respectfully request an enlargement of defendant's time to Answer or otherwise move in response to plaintiff's recently filed Complaint, from February 27, 2006 to April 17, 2006. This is defendant's first request for an enlargement of time. Although I have called plaintiff to ask for his consent to this enlargement, I have been unable to reach him. Accordingly, defendant requests an enlargement of its time to Answer or otherwise move in response to the Complaint, until April 17, 2006. Thank you for your consideration.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s

Celena R. Mayo (CM2961)

cc: Anthony Infantolino, plaintiff pro se (by facsimile)

2197474.1