# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 8 2006 ★

**BROOKLYN OFFICE**

April 17, 2006

**BY ECF & FIRST CLASS U.S. MAIL**
Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Infantolino v. Joint Industry Board of the Electrical Industry*
           Index No: 06 CV 00520 (JG) (LB)
           Our File No: 00851.00161

Dear Judge Gleeson:

    This firm represents the defendants in the captioned matter, and I write on behalf of both parties regarding the briefing schedule for defendants' motion to dismiss. The parties have agreed to the following schedule for the filing of responsive papers: plaintiff's opposition to be served by June 12, 2006 and defendants' reply by July 21, 2006. The parties respectfully request that the Court "so Order" this briefing schedule. Thank you for your consideration.

                    Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                      Celena R. Mayo (CM2961)

cc: Anthony Infantolino, plaintiff pro se (by first class U.S. Mail)

*[handwritten: Oral Argument put for 8/11/06 @ 10:30 AM]*

                                    s/John Gleeson

2261294.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639  Tel: (212) 490-3000  Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

April 17, 2006

Mr. Anthony Infantolino
31 Lenox Avenue
Dumont, NJ 07628

Re: **Infantolino v. Joint Industry Board of Electrical Industry**
Case No.          :   **CV 06 00520**
<u>Our File No.</u>    :   <u>00851.00161</u>

Dear Mr. Infantolino:

I have enclosed JIB's Rule 12(b)(6) motion to dismiss in the captioned action. Judge Gleeson's rules provide that "the original moving party shall be responsible for filing all motion papers." Therefore, when you send me your opposition papers, please be sure to include the <u>original</u> (for filing with the court) and one copy.

Thank you for your time and attention to this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Celena R. Mayo

cc: District Judge John Gleeson (by First Class U.S. Mail)
Magistrate Judge Lois Bloom (by First Class U.S. Mail)

2261313.1